# EXHIBIT B

Privacy Policy | Feedback  Like 16.5M

Tuesday, May 19th 2020 1AM 51°F 4AM 50°F 5-Day Forecast





Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV

Latest Headlines | U.K. Showbiz | Oscars | Love Island | Headlines | Arts | Blogs | Video | Games                                    Login



# Jennifer Hudson puts on traffic-stopping display in fierce pink coat with thigh-high boots in New York City

By CHRISTINE RENDON FOR DAILYMAIL.COM
PUBLISHED: 14:26 EDT, 21 December 2019 | UPDATED: 16:35 EDT, 21 December 2019

        **30** shares

 💬 **41** View comments


At Bloomberg, We Work On Purpose. Come Find Yours.
Get a glimpse inside our new European headquarters in London -- the most sustainable office building in t...
By BLOOMBERG

ADVERTISEMENT

 
 
 

FEMAIL TODAY

▸ Jennifer Lopez's fans freak out over a man in the background of her

She's starring in the new film adaptation of the beloved Broadway musical, Cats.

And Jennifer Hudson put on another showstopping display as she headed out into **New York City** ahead of the movie's premiere earlier this week.

The songstress stopped traffic in a fierce pink coat with thigh-high boots.

read more





© Fernando Ramales / BACKGRID

**Think pink like Jennifer in a blazer dress by Annakiki**



▶ Kassius after admitting he hopes to one day reconcile with Megan Fox in tell-all podcast about her decision to end 10-year marriage



**EXCLUSIVE** ▶ Melissa Etheridge's son, 21, takes rips from a bong and flaunts firearms, as pals say he spent final two months 'on bender' before he 'overdosed'



▶ Matt Lauer writes op-ed saying Ronan Farrow is 'manipulative' and 'too good to be true' and slams his rape accuser Brooke Nevils for 'false' claims



▶ Skincare Power Couples: Beauty experts reveal how to combine your favorite products to get your best skin ever
**SPONSORED**



▶ Jaime King's 'deeply saddened' estranged husband Kyle Newman hits back at 'false claims' following restraining order... but says he's 'pleased' their kids remain in his care



▶ 'Devastated' Jaime King looks gaunt as she emerges after getting temporary restraining order against husband Kyle Newman amid divorce



▶ Katharine McPhee, 36, and David Foster, 70, enjoy casual stroll together in LA... after singer and actress revealed her hubby is 'like a father' to Prince Harry



▶ Chrissy Teigen admits she once bought a CELINE purse at Barneys just so she could use the bathroom without a guilty conscious

▶ Bryshere Gray is sued by Chicago landlords



read more



From North Face mules to UGG's shearling slides, seven stylish and supportive slippers to wear at home
PROMOTED

Jennifer Garner rocks a sporty all-black ensemble as she takes her daughter Seraphina to a drive-by birthday party

Britney Spears has no plans to retire according to little sister Jamie Lynn: 'When she wants to make music, she'll make it'

Kim Zolciak celebrates her 42nd birthday by showing off her surgically enhanced body in a bikini: 'Holy

Read more →



**Looking good! Jennifer Hudson put on another showstopping display as she headed New York City ahead of the movie's premiere earlier this week**

The American Idol vet didn't let the cold winter temperatures stop her from a smile.





TOP ARTICLES  1/5

Jaime King looks gaunt as she steps out after filing for divorce from Kyle Newman

READ MORE »

› Challenge to 'decrease stress' amid COVID-19 pandemic

› Kylie Jenner shares video of daughter Stormi holding her doll... before dropping the grouchy-looking figurine to the floor

› 'Case of quarantine brain': Vanessa Hudgens ruffles her hair while wrapped in towel in bathroom Instagram video

› Halsey shows off her freckles in a no-makeup selfie... after showing off medical boot following foot injury

› For ALL the showbiz news on the internet, go to Newzit.com

SPONSORED

Jennifer looked in high spirits as she headed out in her sexy ensemble.

**SHARE THIS ARTICLE**





**RELATED ARTICLES**  ‹ • ›

 Taylor Swift jokes her Artist Of The Year award will get...

 Jennifer Hudson glitters in a blue dress as she explains to...

 Jennifer Hudson steps into the legendary Aretha Franklin's...

 Billie Eilish takes partial ride with James Corden during...

The Dreamgirls star wore her tresses down in a sleek and straight style, while a dramatic winged slick of eyeliner complimented her complexion.

Jennifer has her hands full with a number of high-profile projects as of late, including the star-studded film adaptation of the Cats musical.

ADVERTISEMENT


amazon
optimum. $300
Learn more
optimum. business

read more




**Think pink like Jennifer in a blazer dress by Annakiki**

▶ From secretly adopting two teenagers to donating millions to charity: Inside Sia's fiercely private life and $5million family home in Los Angeles

EXCLUSIVE Inside Scientology's posh UK headquarters where Tom Cruise is hunkered down with a Michelin star chef during Covid crisis

▶ Cassie posts heartwarming snap of lockdown snuggles with baby daughter Frankie, five months
Adorable snaps

▶ Harry and Meghan are spending a 'quiet' second wedding anniversary - as fan tributes pour in, but Royals fail to mark the occasion

▶ John Travolta shares a video from his private airplane as he takes to the skies
The Saturday Night Fever star

▶ The REAL Tammy Hembrow exposed: Instagram posts taken just moments apart reveal how much the model changes her appearance online

▶ Supercharge your resume and cut your workload: This $34 bundle will teach how to use Microsoft Excel more efficiently
PROMOTED

▶ Actress Amber Tamblyn shows off her armpit hair and her dark roots while posing in a topless photo to mark her 37th birthday

▶ Megan Fox and Machine Gun Kelly 'have definitely hooked up' after her split from husband Brian Austin

read more







amazon
optimum. $300
Up to a $300 Gift Card when you upgrade
Learn more
optimum.
business

Mail Online

Hamptons home where Jackie Kennedy spent her summers before meeting JFK hits the market for $7.5 million and comes complete with art studio

Heidi Klum sizzles in lingerie and fishnets during a socially-distanced hair appointment in her backyard

Emma Roberts hops on the tie-dye trend as she dons a cotton candy colored hoodie on a coffee run

James Cameron and wife Suzy Amis file to become legal guardians of their daughter's 16-year-old friend

Missing happy hour?

Read more →

+4

**Walk this way! Hudson worked a showstopping pair of thigh-high boots**

read more



- 
- 
- 



**Shop for more** ›

**Think pink like Jennifer in a blazer dress by Annakiki**

▶ **'More fun, less shun!' Elon Musk calls for the end of 'cancel culture' after Grimes' mother slams him for tweeting 'right wing bulls**t'**

▶ **My Oscar-winning fall from grace: Greta Garbo naked in his pool and Humphrey Bogart's life in his hands... DAVID NIVEN's sparkling memoirs are bursting with captivating stories**

▶ **Sia's secret family revealed: Singer, 44, announces she has adopted TWO teenage sons who were 'ageing out of the foster care system'**

▶ **Vanderpump Rules star Scheana Shay flaunts her legs in tight blue biker shorts... after editor admitted she loved 'embarrassing' her on the show**

▶ **Kristin Cavallari announces she has QUIT her reality show Very Cavallari amid divorce from Jay Cutler**
Big life changes for star

▶ **Elizabeth Hurley, 54, sizzles in a TINY pink bikini as she does a weights workout in her garden amid coronavirus lockdown**
The mum-of-one

▶ **Bindi Irwin shares never-before-seen photos of her wedding with Chandler Powell including close-up images of her stunning diamond engagement and wedding rings**

▶ **Kylie Jenner and BFF Stassie hilariously reenact a fight Khloe and Kourtney Kardashian had about Wi-Fi in TikTok video**

▶ **Diane Kruger flashes her midriff and legs as**

read more





**Introducing AT&T TV**

Find out how to get a year of HBO on us! Plus get free express shipping, plug in & watch with easy self-…

By AT&T TV

**Mail** Online

▶ **Iron Maiden star Bruce Dickinson was 'stunned' by the death of his estranged wife who he hoped was in a 'good place'**

▶ **Big Brother and Love Island may still air this summer on CBS though later than originally planned**

The reality TV shows

▶ **'What an honor!': Britney Spears celebrates landing top spot on Rolling Stone's list of greatest debut singles with 1998 track Baby One More Time**

▶ **Jason Momoa takes a bike ride in Southern California on his vintage Harley while urging studio to release the Zack Snyder Justice League cut**

The Aquaman actor

▶ **Amanda Kloots shares heartwarming photo of her smiling 11-month-old son Elvis after revealing husband Nick Cordero's lung**





Annakiki SS20 blazer dress

Shop the current line here!

Visit site

Party season is upon us and it seems as though blazer dresses are the outfit for AW19!

Don't miss out on jumping on the bandwagon because a blazer dress is an effortless way to make a statement. And with a pink one like Jennifer Hudson you'll have bagged yourself a statement number too.

The singer donned this candyfloss-pink offering from Annakiki's SS20 collection and looked positively delicious as she did so! Jennifer finished off her look with over-the-knee boots, a nude turtleneck top and a furry mini bag.

Want to make it yours? Unfortunately you can't shop this blazer just yet but you can click (right) to shop Annakiki's current collection.

Alternatively, peruse our carousel below for similar styles from the likes of Boohoo, Club L, I Saw It First and more.

* PRICES MAY NOT BE AS ADVERTISED

...NOW GET ONE LIKE IT









Jennifer Hudson successfully tells Stephen Colbert what 'Cats' is

▶ Watch the full video

0:00 / 0:33

read more



The actress plays Grizabella, the Glamour Cat known for singing the hit track Memory.

In addition to the musical Cats, Jennifer will be back on the big screen playing another music icon.

▶ England

▶ Demi Rose showcases her pert derrière in a tiny red thong in sizzling topless throwback photo shared from lockdown

▶ Miley Cyrus has her coif cut into a 'pixie mullet' with help from her mom Tish amid ongoing COVID-19 lockdown in California
The Wrecking Ball singer

▶ Hey Jude, it's baby number six! Actor Jude Law is thrilled as his new wife Phillipa, 32, is pregnant

▶ Kylie Jenner shows off her signature curves in clinging white bodysuit for sultry selfies on the couch of her $36.5million mansion

▶ Batwoman fans in SHOCK as Ruby Rose leaves CW series after just one season
Five months after the network renewed Batwoman for a second season

▶ Alec Baldwin calls wife Hilaria 'not very

Jennifer will be playing the late Aretha Franklin in the upcoming biopic Respect, which chronicles the life of the Queen Of Soul.



**The cat's meow: The American Idol vet is currently on the big screen playing Grizabella in Cats**

Jennifer has been busy filming the movie lately opposite co-star Marlon Wayans, who plays Aretha's first husband, Ted White.

The movie's first teaser was recently released, and sees Jennifer singing the hit track Respect while wearing a dazzling gold dress.

Jennifer recently talked about how it felt taking on the role, telling **Sunday Today's** Willie Geist the part gives her 'huge shoes to fill.'



'Respect!' Jennifer Hudson transforms into Aretha Franklin

Watch the full video

0:00 / 0:38

▶ **Age-defying beauty Naomi Watts, 51, shows off her flawless complexion in a makeup free selfie**

▶ **Mel C 'is in talks with the BBC to secure her own radio show after impressing bosses with recent DJ set'**
The Spice Girl

▶ **Michael Bay set to produce the pandemic-themed Songbird at Paramount with production set to follow social distancing guidelines**

▶ **'We connected!' Sting's daughter Mickey Sumner fulfills a late fan's dying wish by sending her dad the artist's portrait**

▶ **'It's way better than taking sleeping pills': Jane Fonda reveals she uses a weed pen to help her drift off at night - but the 82-year-old insists she's never been 'majorly into pot'**

▶ **Justin Bieber recruits Kylie Jenner, Ariana Grande and The Weeknd to send their well wishes to sister Jazmyn as she celebrates her 12th birthday**

ADVERTISEMENT

▶ **Film Academy 'is considering postponing 2021 Oscars' amid ongoing pandemic crisis... after rules were relaxed to allow streamed films**

▶ **SEBASTIAN SHAKESPEARE: Tycoon Bhanu Choudhrie, who is facing divorce payout of $73million, finds new love with Meghan Markle's pal**

read more



**Golden girl! The movie's first teaser was recently released, and sees Jennifer singing the hit track Respect while wearing a dazzling gold dress**

'I am just taking it one step at a time, one day at a time. All I want to do is pay tribute to her and meet her requests, you know? Like, "Aretha said do this?" — 'Yes, ma'am,"' she went on.

The Spanish Harlem songstress, who passed away at age 76 in 2018, hand picked Jennifer for the role.

'We were in talks a long time about me playing her,' she added, 'so I just hope I make her proud [and] do her justice.'

**Alessandra Ambrosio wears mask to jog with her dog in Santa Monica... after playing Moon River on piano**
The 39-year-old Brazilian bombshell

**The Crown producer raises fears over future of the show and says he doesn't know when filming will resume... as he admits concern over social distancing**

**Pregnant Katherine Schwarzenegger shows of her burgeoning bump after dad Arnold reveals the baby's due this summer**

**Love & Hip Hop: Atlanta star Maurice Fayne pictured back at home following his arrest for 'using a $2million PPP coronavirus loan to buy luxury items'**

**Goldie Hawn, 74, enjoys a bike ride around Los Angeles as she continues to keep up with her fitness regime throughout lockdown**

**Ed Sheeran 'paid for his ENTIRE $69m property empire in CASH' as shrewd singer boasts a haul that includes 27 flats, houses and mansions**

ADVERTISEMENT

**Meghan King Edmonds is 'head over heels in love' with new man Christian Schauf and spending time with the hunky entrepreneur in Utah**

read more



**Me-wow! Hudson dazzled in a black lace dress at the premiere of Cats in New York**

ADVERTISEMENT

**Read more:**
Sunday TODAY with Willie Geist - TODAY.com | TODAY

**Share or comment on this article: Jennifer Hudson puts on traffic-stopping** in fierce pink coat

        

**30**
shares

Taboola Feed

'It was a monumental
project for me': Model
Jessica Hart reveals she
cried when she made it
onto the cover of Vogue
Australia for the first
time

'She has been
handling it way better
than I would have':
Keith Urban reveals
how Nicole Kidman
broke her ankle in self-
isolation

Gordon Ramsay takes
advantage of
government-backed
loan scheme to save
restaurant empire
shuttered by the
lockdown
The TV chef

How the rich do
laundry! Jennifer
Garner drinks RED
WINE dressed in silk
monogrammed pajamas
as she dances in huge
wash room at her home

Emma Thompson
reveals why she IS
staying in Britain
She had moved to Italy
just before coronavirus hit

Jeremy Renner's ex
Sonni Pacheco accuses
him of bullying as she
denies claims she
'misappropriated $50k
from their daughter's
trust fund'

'This is Normal People
series 2!' Paul Mescal
and Daisy Edgar-Jones
send fans wild as they
go head-to-head on
Mario Kart and raise
$3,600k for charity

ADVERTISEMENT

Jason Derulo shows



Protective Cloth Masks with PM2.5 Filt...
Brave New Look

Sponsored Links

2020 SUVs So Cool It's Hard To Believe They Cost Under $30K. Search For 2020
Crossover Vehicles Deals Luxury
SUVs

Iconic Scene Has One Flaw No One Noticed
Collider

Sponsored Links

KN95 Masks Restocked. Guaranteed 7 Days Shipping
Stratton Medical Supply

Sponsored Links

Getting this Treasure is impossible! Prove us wrong
Hero Wars

Why Steve Nash Loves These Dress Shoes
Wolf & Shepherd

Sponsored Links

## Olivia Palermo stretches her legs with a stroll through Brooklyn while walking her cute Maltese dog Mr. Butler

The socialite and fashion influencer cut an elegant figure as she took her dog for a walk with her pleated green dress and khaki-colored ribbed sweater. She put a scarf over her face instead of a mask.

**m TV&Showbiz**

Masketi® Face Mask For Excellent Breathability & Comfort
Masketi®

Spon...

## Bodycam footage shows Ahmaud Arbery get arrested in 2017 for trying to steal a 65inch T from a Walmart, leading to a five-year probat sentence

**Jason Statham is every inch the doting father as he enjoys a bike ride with his son Jack, 2, in LA**

**Nick Viall shows off his abs during shirtless jog in LA... after slamming Hannah Brown's 'terrible apology' amid N-word backlash**

**Chris Cuomo's wife Cristina, 50, wears a face mask as she steps out in Hamptons with 10-year-old daughter Carolina after overcoming COVID-19**

**Kohl's department store drops eight brands including Jennifer Lopez's line but they will keep stocking her ex-hubby Marc Anthony's label**

**Real Housewives Of New York vet Kelly Bensimon, 52, poses in a bikini that she says she wore during her 'bike accident'**

**Halsey shows off medical boot as she jokes that she injured her foot doing a 'stupid idiot thing'**
Seems to be having a clumsy quarantine

**Ryan Seacrest returns to work with Kelly Ripa and blames 'exhaustion' for day off after concerns he suffered a STROKE while hosting American Idol**

**Brian Austin Green confirms split from wife Megan Fox by revealing she dumped him... and addresses her new companion Machine Gun Kelly**

ADVERTISEMENT

**Kristin Cavallari's ex-BFF Kelly Henderson says she 'never' had an**

read more



Glynn County Police released video Tuesday of Arbery's Dec. 1, 2017, arrest outside a Brunswick Walmart store on shoplifting charges.

**The Future is Now**
WSJ | Lenovo

Sponsored Links

💬 **Comments 41**
Share what you think

[ Add your comment ]

| Newest | Oldest | Best rated | Worst rated |

🔲 View all

The comments below have not been moderated.

Loading...

🔲 View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

# Big Brother's nude photo scandal: New housemate Chad Hurst's 'porn past' emerges ahead of the season premiere on Channel Seven

Big Brother revealed international model Chad Hurst as a housemate this week.

🅼 **TV&Showbiz**

# Entrepreneur develops a world-first, Uber-style shopping app to deliver goods from local stores to your door in just TWO HOURS - taking on retail giants Kmart and Amazon

🅼 **News**

'It's a struggle mentally and physically': The Biggest Loser's Falkiner is set to become a mother with fiancée Hayley Wil...

🅼 **TV&Showbiz**

Handmade in Switzerland: 24 hours and only one hand. T

- her modesty in sexy miniscule khaki bikini as she poses up a storm in the sunshine at home
- Noah Cyrus says being Miley's little sister 'stripped her of her identity' and she struggled with 'body dysmorphia' after being trolled for her looks
- Jim Edmonds claims son Hart is making 'great strides' and has improved in recent months - after ex Meghan King said he'd regressed
- KUWTK producer explains how they're filming in lockdown - with a crew in HAZMAT SUITS and Kardashians get new iPhones EVERY WEEK to record
- Inside Harry and Meghan's $18m home: Snaps shared by Tyler Perry reveal a sunken Grecian-style bath, terrace views of Beverly Hills and a cute nursery
- Lance Armstrong admits doping may have caused his testicular cancer as he confesses he was a drug cheat from the age of 21
- 'He thinks I'm irrelevant and should keep my mouth shut!' Pink Floyd's Roger Waters launches attack on ex bandmate David Gilmour
- Kim Zolciak's daughter Brielle Biermann, 23, strips down to her swimsuit to talk up a product as mom reminds her she designed the bikini

ADVERTISEMENT

read more

Instagr...



slow-watches.com

Sponsored Links ▷

# Connecticut trooper goes off on a rage-filled tirade because a speeding motorist gave him the finger and threatens to throw the driver off a bridge

Connecticut State Trooper Matthew Spina was caught on video going off on a speeding motorist who gave him the bird and went into a rage where he threatened to throw the driver off a bridge.

**☷ News**

**Facts You Should Know About Kids and MS**
HealthCentral

**Caitlyn Jenner No Makeup Photo Confirms The Truth**
Trivia.com

Sponsored Links ▷

## MORE TOP STORIES

▶ from inside her home

▶ **Craig T. Nelson didn't get cast as Modern Family's Jay Pritchett due to salary demands and Fox News rant**
Missed out on big bucks

▶ **Pink's husband Carey Hart debuts daughter Willow's new buzz hair cut: 'We have the same barber'**
The eight-year-old was climbing their wall

▶ **90 Day Fiance's Laura Jallali, 51, reveals she has a new 25-year-old boyfriend... after dramatic split from husband Aladin, 29**

▶ **Lady Gaga models her new makeup with a glamorous portrait: 'Bright shades for you to color with creativity, kindness and love'**

▶ **Ben Stiller opens up about being with his dad Jerry during his final days: 'He went peacefully'**
Passed away from natural cause at the age of 92

▶ **Courtney Stodden shows off her jaw-dropping frame in a bikini as she dons a red wig and holds a fork for Little Mermaid-inspired snaps**

▶ **Germany's Prince Otto of Hesse, 55, is killed as he crashes his Ducati into autobahn barrier weeks after posing for a photo on the motorbike**

▶ **'I did this by myself!': Sarah Hyland shows off bright red hair as she 'quaranTINTs' at home... after joking about city hall wedding to Wells**



read more

▶ cropped tank top as
she and daughter Rani
Rose have fun at home:
'Smile big, laugh often'

▶ Kim Kardashian is
accused of 'casual
racism' after putting a
black face mask on a
dark-skinned model and
calling it 'nude'

▶ Arnie Schwarzenegger
shares his excitement
about becoming a
grandpa and boasts
about the strong 'gene
pool' of daughter
Katherine's baby
.

▶ Game of Thrones'
Carice van Houten
blasts 'extremist' fans
for hating season 8: 'It
feels a bit ungrateful'

▶ Outer Banks star
Chase Stokes
apologized in deleted
tweet for recently
resurfaced homophobic
and racially insensitive
posts

▶ Iron Maiden star Bruce
Dickinson's son says 'I
haven't even got the
words' after his mom
Paddy Bowden, 58, died
in 'tragic accident' at
London home

▶ Southern Charm star
Shep Rose, 40, confirms
he is dating Taylor Ann
Green as they cuddle in
an Instagram photo: 'I
guess the secret is out'

▶ Arizona
Diamondbacks' Starling
Marte's wife, Noelia,
dies from a heart attack
as baseball star reveals
his 'indescribable pain'

▶ Ben Affleck's actress
girlfriend Ana de Armas



read more

▶ **Victoria's Secret model Shanina Shaik cozies up to hunky beau Seyed Payam Mirtorabi as they enjoy romantic lunch on the shores of Ibiza**

▶ **John Krasinski gets emotional signing off on his eight-episode quarantine series Some Good News**
The 40-year-old Emmy nominee teased

▶ **Rosalia stuns in clinging two-piece mini dress for Elle cover shoot... and reveals she is rejecting 'pressure to be creative' during pandemic**

▶ **Search for WWE star Shad Gaspard is called off two days after he was pulled out to sea by riptide while swimming with 10-year-old son at Venice Beach**

▶ **Grimes' mom does it again! Tesla boss's mother-in-law likes anti-Musk tweet comparing him to 'Kanye 2018' after lambasting him for right-wing Red Pill tweet**

▶ **Brad Pitt surprises graduating class at Missouri State University with a special video message: 'We're rooting for you'**
Gave a shout-out

▶ **Utah man says he made the pizza Michael Jordan ate before his famed 1997 'Flu Game' - but disputes claims he gave the NBA great food poisoning**

▶ **Nikki Bella was not ready for a baby before surprise pregnancy with Artem Chigvintsev and wanted to freeze her eggs, it's revealed in Total Bellas clip**



read more

▶ their pooches on a
stroll in Los Angeles
Pair kept masks on as
they stepped outside

▶ Lewis Capaldi
CONFIRMS he has a
girlfriend as he reveals
he is dating a 'posh
redhead'... but says they
are isolating separately
amid coronavirus

▶ Rumer Willis shows off
her toned figure in
SKIMS after workout as
she shares some words
of body positivity

▶ Steve Carell shoots for
the stars in the first
official trailer for
Netflix's new series
Space Force
Released for streaming
on May 29

▶ Billie Eilish is seen in
a tank top as she hugs
her brother Finneas...
after postponing
remaining 2020 Where
Do We Go? tour dates
due to COVID-19

▶ Twilight star Gregory
Tyree Boyce, 30, and his
girlfriend, 27, are found
dead at their Las Vegas
condo and 'a white
powdery substance is
found at the scene'

▶ Romeo Beckham
continues to emulate
his dad David's iconic
2003 style as he sports
braided hairdo while
posing in Inter Miami
football kit

▶ Queen pays tribute to
guests invited to
Buckingham Palace's
garden party which
should have taken place
today - including a
doctor and volunteer

▶ Twilight star Gregory
Tyree Boyce said he



read more

ADVERTISEMENT

**EXCLUSIVE** **Botched star Dr. Paul Nassif reveals the most shocking cases he's ever had - including a woman who was left with horrific facial scars**

▶ **Kelly Rowland makes a VERY raunchy sex confession about trying to find an adult toy after feeling 'overwhelmed' by talk of the coronavirus pandemic**

▶ **Dua Lipa's cuts a casual figure in jeans and stripes as she runs errands while beau Anwar Hadid takes out the bins at their lockdown love nest**

▶ **Mick Jagger's son Lucas celebrates 21st birthday in lockdown from Brazil as half-sister Georgia May wishes him well (and he Skypes rocker dad!)**

▶ **'I was blessed to walk the same ground as you': Naomi Campbell pays tribute to her beloved Auntie Gloria deeming her 'a true angel' after she dies**

▶ **Jeremy Renner accuses ex-wife Sonni Pacheco of 'misappropriating $50,000 from their seven-year-old daughter's trust fund'**

▶ **Elizabeth Hurley, 54, wows as she models same pink chainmail Versace dress she wore to fashion awards 21 years ago for new photoshoot**

▶ **Prince William sends a 'huge message of thanks' to frontline workers from 'myself and Catherine' in new video clip**

▶ **Chrissy Teigen tells 'rich' friends to stop**



read more

▶ **Hollywood's black and white movie icons in COLOR: Artist brings the biggest stars of early cinema to life in fascinating portraits**

▶ **Kristen Bell is launching an affordable new CBD skincare line called Happy Dance**
The mother-of-two, 39, will be teaming up with luxury CBD brand

▶ **'We did it!' Tiffany Trump celebrates her graduation from Georgetown Law in a virtual ceremony - but the 26-year-old still has to pass the bar exam**

▶ **Jaime King granted temporary restraining order against husband Kyle Newman after filing for divorce: 'She's distraught'**

▶ **Ana de Armas 'has been wowed by Ben Affleck and Jennifer Garner's co-parenting skills' as he sees his three kids often**

▶ **Bindi Irwin shows off the sweet treat she and husband Chandler Powell were set to give their wedding guests before they had to abandon plans**

▶ **Stella Maxwell sizzles in stylized video showing several versions of herself topless while frolicking in a hot tub**

▶ **Teddi Mellencamp shows off her new pink hair in black activewear as she steps out with arm cast-clad daughter Slate**

▶ **'Don't try this!' Jason Derulo suffers a dental disaster as he appears to chip his TEETH when TikTok corn challenge goes very wrong**



▶ preparing delivery
packages in Delft

▶ Signatures on Carole
Baskin's missing
second husband's will
were FORGED, experts
claim, as it emerges she
wrote documents before
he vanished

▶ Vanessa Hudgens
appears in a chipper
mood as she dons a
colorful tie-dye sweater
while posing with her
beloved pooch Darla
during lockdown

▶ Ryan Seacrest denies
he suffered a stroke
during live American
Idol finale after his
slurred speech sparked
fears for his health

▶ Celebrity IOU: Jeremy
Renner surprises his
mother with a new
condo renovation that
brings the whole family
together

▶ Prince Charles will
host classical show to
discuss his love of
music including a
'terribly romantic'
Wagner piece he had
performed for Camilla

▶ Suki Waterhouse
shows off her
washboard abs in a
black slogan crop top
as she teases glimpse
of her life in lockdown

▶ Bella Thorne
showcases her long
legs in denim hotpants
as she goofs around on
the beach
The actress, 22, showed
off her long legs

▶ '1 month as a family':
Iskra Lawrence and
boyfriend Philip
Payne cradle their



▶ chipmunk' as he reveals he has had his wisdom teeth removed

▶ **Prince William and Kate Middleton's mental health initiative Heads Together launches UK's first Instagram Guides for tips on 'kindness' and 'self-care'**

▶ **Meghan and Harry's wedding baker reveals her dream job got 'even better' on their special day - and shares a photo of the team behind the cake**

▶ **'You're our hero!' Michael Bublé celebrates wife Luisana Lopilato's 33rd birthday with sweet snap as he praises her for 'guiding' their family**

▶ **Now YOU can own Beyoncé and J Lo's red carpet dresses! Stylists auction off A-listers' clothing from $300 to raise funds for coronavirus relief**

▶ **Nicole Scherzinger wears a crop top and leggings to share a very sexy dance workout video on Instagram**
Exercised while at her home during lockdown

▶ **Courteney Cox surprises a 13-year-old super fan who had a virtual Friends themed Bar Mitzvah**
Friends remains as popular as ever

▶ **Jojo Siwa lets her iconic side-ponytail down and reveals long and flowing tresses during TikTok's Wipe It Down challenge on the eve of her 17th birthday**

read more



▶ **Lizzo flaunts her curves in crop top and thong underwear as she shares racy snaps to Instagram**

▶ **Billboard explains how Hot 100 chart is calculated following controversy involving Tekashi 6ix9ine, Ariana Grande and Justin Bieber**

▶ **An unheard track by Beatles stars Paul McCartney and Ringo Starr called Angel In Disguise is set to raise $25k at auction**
Going under the hammer

▶ **Michel Piccoli dead at 94: Award-winning French film star passes away while 'surrounded by his loved ones after suffering a stroke'**

▶ **The Sinner fans rejoice as Netflix confirms season three of the crime drama will be released on June 19**
Streaming service shared the news on Twitter

▶ **Dame Joan Collins, 86, criticises UK government for being 'ageist' and hits out at their 'utter discrimination' of over-70s during pandemic**

▶ **'Glamp life': Miranda Lambert shares updates from the road as she travels from Nashville to New York in new Airstream Globetrotter**

▶ **Jason Derulo shows off his impressive leaping ability by literally jumping into his pants on TikTok**
Has found a curious new


read more

▸ complications

▸ **Cristiano Ronaldo rocks his lockdown man bun as he enjoys quality time with his children and girlfriend Georgina Rodriguez before returning to training**

▸ **Delilah Hamlin bares her cleavage and flat tummy in a sizzling set of Skims mesh lingerie**
The daughter of Lisa Rinna and Harry Hamlin

EXCLUSIVE **WWE star Shad Gaspard goes missing after being pulled out to sea by a riptide while swimming with his 10-year-old son in LA**

▸ **'You are forever loved by so many!': Teen Mom's Catelynn Lowell and Tyler Baltierra celebrate 11th birthday of first-born child whom they put up for adoption**

▸ **Daniel Radcliffe reveals he's 'so happy' for Rupert Grint after he welcomed his first child but thinks it's 'weird that his co-stars are old enough to have kids'**

▸ **Bradley Cooper wears daughter Lea's pink headband in his hair as he enjoys quality time with the youngster in NYC**
Daddy duty

▸ **Wendy Williams puts daytime chat show on hold as she deals with health issues related to Graves' disease**
Fox TV personality broke the news on Twitter

▸ **ESPN2's Always Late host Katie Nolan and**


read more

▶ **Teddi Mellencamp dons two-piece pink outfit for jog in LA after revealing daughter Slate, 7, has been receiving hyperbaric chamber treatment**

▶ **The Bachelor: Listen To Your Heart celebrity judges declare Bri Strauss and Chris Watson the winners**

▶ **Kate Mara heads out for a walk with her one-year-old daughter strapped to her chest... amid reports her sister Rooney is 'expecting'**

▶ **Lucy Hale covers up in a denim jacket as she gets caught in the rain while running errands in Los Angeles**
Took care of errands around town

▶ **Cindy Crawford shows off her casual chic style in a white blouse with jeans during errands run in Malibu**
Model behavior

▶ **Comedian Marc Maron's reveals heartbreaking final moments with director girlfriend Lynn Shelton two days after she suddenly died**

›

▶ **Drew Barrymore to host Taco Tuesday for McCormick Spice, which vows to donate $1M to No Kid Hungry**
Tacos are no joke for the former child star

▶ **Kim Zolciak rushed to get Botox and lip fillers when Atlanta re-opened for business after coronavirus lockdown**

▶ **Tristan Thompson files libel lawsuit against Kimberly Alexander after she claimed the NBA star fathered her five-year-old child**



read more

she likes to walk
around naked in her
backyard

'Indulging in pleasures
of the human
experience': Tammy
Hembrow goes out for
lunch on the Gold Coast
as coronavirus-related
restrictions ease

Mindy Kaling inks pact
to be writer on Legally
Blonde 3 starring her
friend Reese
Witherspoon

It's over! Jaime King
files for divorce and
requests restraining
order against husband
Kyle Newman after 12
years of marriage

'I'm down to my last
one': Keith Urban
reveals snack he hoards
to remind him of home
and says he can't wait
to return to Australia to
visit his mother

Sarah Silverman
bangs to beat of her
own drum with Annie
Segal as they continue
their daily salute to
essential workers in the
COVID-19 battle in NYC

Leave It To Beaver star
Ken Osmond who
played troublemaker
Eddie Haskell for six
seasons before
becoming a police
officer in LA dies at 76

Alessandra Ambrosio
flaunts her long legs in
cut-off jeans as she
takes a trip to the
grocery store with her
boyfriend Nicolo Oddi
The Brazilian-born model

Winning team! Adam



read more

5/20/2020
Jennifer Hudson puts on traffic-stopping display in fierce pink coat | Daily Mail Online
Case 1:20-cv-03927-LLS   Document 1-2   Filed 05/20/20   Page 28 of 45

▶ **On the mend! Nicole Kidman, 52, stuns in a series of intimate portraits from her Nashville home after breaking her ankle last week**

▶ **Spencer Pratt, Heidi Montag, and Audrina Patridge think Kristin Cavallari is 'better off' without Jay Cutler**
The Hills stars

▶ **Colin Farrell reveals he can't wait to return to filming The Batman... after set was shut down due to coronavirus pandemic**

▶ **Brotherly Love! Hunky siblings Chris, Liam and Luke Hemsworth keep it casual as they get frozen yoghurt together in Australia's Byron Bay**

▶ **Elsa Hosk and beau Tom Daly wear protective masks as they pack on the PDA and hold hands during stroll in NYC**

▶ **From a trendy Los Angeles hideout to secret Australian bush retreat: Inside Ruby Rose's two incredible homes... as she shares a rare glimpse with fans**

▶ **Rob Lowe jokes about losing celebrity basketball game to Keanu Reeves with 1988 throwback: 'That time John Wick dropped 22 points on me'**

▶ **Kaley Cuoco takes the patience challenge to a whole new level as she tests her husband Karl Cook with BOURBON: 'It wasn't easy!'**

▶ **Britney Spears opens up about feeling like an 'ugly duckling' because of her 'bad teeth' when**



read more

▶ criminals during a
Category 5 hurricane in
new Force of Nature
trailer

▶ Porsha Williams
admits to moving 'too
fast' in relationship with
Dennis McKinley during
RHOA reunion

▶ Teen Mom OG's Gary
Shirley reveals his
stepfather is battling
COVID-19... after
announcing his mother
is recovering from the
disease

EXCLUSIVE Jennifer
Lawrence hugs Charlize
Theron and is carried
through the streets in
unearthed snaps of
boozy night out in Italy

▶ Amber Rose puts on a
busty display in cute
teddy bear hoodie as
she quarantines at
home with newborn son
Slash
The 36-year-old star

▶ Will Ferrell sports a
viking costume and
Rachel McAdams dons
silver lipstick in
hilarious sneak peek of
their upcoming Netflix
comedy Eurovision

▶ Harrison Ford adjusts
his face mask to drink a
cup of coffee at
Hawthorne Airport...
where he had a runway
mishap last month
The Fugitive star

▶ Rooney Mara
'pregnant': Actress, 35,
and fiancé Joaquin
Phoenix, 45, 'expecting
first child together'
Said to be as far as six
months along

▶ Nicole Murphy flaunts



read more

▶ From playing a debauched drunk to being interviewed by Mae West, David Niven's introduction to Tinseltown was a blast

▶ Lisa Kudrow reveals she banned hugging at her mother's funeral as she attempted to hold socially distanced service just as pandemic struck

▶ Pink reveals her son Jameson was diagnosed with 'pretty bad food allergies' after blood tests uncovered the issue amid COVID-19 recovery

▶ A very unexpected Zoom chat: Chris and Liam Hemsworth unite for a surprise project to raise money during the coronavirus pandemic

▶ Sylvester Stallone celebrates 23 years of marriage with wife Jennifer Flavin as he takes cuddled-up snap with his gorgeous other half

▶ Feud! Justin Bieber and Ariana Grande hit back at rapper Tekashi 6ix9ine who claims they cheated their way to a Billboard no. 1

▶ Ed Sheeran 'has donated $207,000 to his old high school over the past two years for art and IT students'

▶ Michael Jordan's daughter Jasmine, 27, had to GOOGLE her father when she was a child to figure out why her teachers and classmates knew him

▶ BTS singer Jungkook tests negative for coronavirus after visiting restaurant and bar with friends... and


read more

▶ **Instagram as the rapper listens to Frozen's Let It Go and she plays Drop It Like It's Hot**

▶ **Kim Kardashian flashes underboob in a slew of VERY racy snaps for underwear range SKIMS... despite claiming she wanted to tone down her sexy image**

▶ **Kate Middleton's brother James sets up happiness and wellbeing company... for DOGS**

▶ **Hugh Jackman wears a mask as he arrives home to his NYC home with son Oscar, 19, after saying he was 'very worried about his kids' during the pandemic**

▶ **It's a girl! Usain Bolt and girlfriend Kasi Bennett have their first child, says Jamaican Prime Minister Andrew Holness in a congratulatory tweet**

▶ **One Tree Hill alum Sophia Bush embraces blond mystery man during hand-in-hand, masked Malibu stroll**
Ex-wife of Chad Michael Murray is 37

▶ **Barack Obama BARKS like a dog while reading a children's book with his wife Michelle as the couple films another virtual story time for kids in lockdown**

**EXCLUSIVE** **Criss Angel opens up about his 'selfless' six-year-old son's battle with cancer and tells DailyMailTV that he has 'faith' in his recovery**



See more versions

Jennifer Lopez's fans freak out
over a man in the background of...
MailOnline · 5hrs    See more versions

Alison Roman's NY Times column
temporarily shelved after Chriss...
Page Six · 7hrs a    See more versions

Melissa Etheridge's tragic son
Beckett spiraled into 'two-month...
The U.S. Sun · 4h    See more versions

Lauer says Ronan Farrow's work
on him was shoddy and biased
ABC News · 4hrs    See more versions

Jaime King's Estranged Husband
Kyle Newman 'Deeply Saddened...
Entertainment To    See more versions

Katharine McPhee and David
Foster enjoy casual stroll togeth...
MailOnline · 5hrs    See more versions

'Empire' Star Bryshere Gray Sued
by Landlord for $26k in Dog...
TMZ · 6hrs ago    See more versions

Britney Spears' sister Jamie Lynn
says pop star isn't retiring as 'y...
The U.S. Sun · 2    See more versions

Sia Shares That She Adopted Two
Sons Last Year
See more versions

**Click here to view more** ›



## DON'T MISS

▸ **Brody Jenner goes
shirtless as he hits
crowded Malibu beach
with mystery blonde
bombshell... nine
months after shock split
with Kaitlynn Carter**

▸ **Actress Rose Byrne
suffers an epic baking
fail while making a very
basic loaf of banana
bread... so where did it
all go wrong?**

▸ **Molly Shannon masks
up for a bike ride with
her look-a-like daughter
Stella, 16**
The comedic actress
wore a colorful tank top
and a pair of shorts

▸ **Kaley Cuoco sits for
Today show interview in
her CAR as her internet
at home failed... and she
doesn't bother to dress**

read more



▶ is racist and started
the rumor that Cameran
Eubanks' husband had
an affair

▶ Today contributor Jill
Martin, 44, SPLITS from
banker fiance less than
a year after the couple
got engaged, as she
admits the coronavirus
pandemic 'took a toll'

▶ Matthew Perry steps
out on his phone as it's
revealed he's 'back on'
high profile dating app
Raya... after recent split
from girlfriend Molly
Hurwitz

▶ Pick for victory! Prince
Charles urges Britons to
join the land army of
fruitpickers harvesting
crops so they don't go
to waste during the
coronavirus lockdown

▶ Kim Zolciak reveals
husband Kroy colors
her gray hair, does her
acrylic nails AND home-
schools their kids... as
she dishes on their
quarantine sex life

▶ Prince Harry and
Meghan Markle 'had an
agenda' to become
international 'roving
royals' from the outset
of their relationship,
royal expert claims

▶ 'Who wore it best?'
Ben Affleck and his
girlfriend Ana de Armas
caught out by eagle-
eyed fans for wearing
the same shirt

▶ Jenna Dewan cradles
newborn Callum as she
reminds fans to wash
their hands during
COVID-19: 'It seems so
simple but  can make all
the difference'

▶ Kylie Jenner proudly

read more

▶ **Playboy millionaire Gianluca Vacchi, 52, cozies up to pregnant bikini-clad girlfriend Sharon Fonseca, 25, after announcing baby news**

▶ **Lindsey Vonn shows off her Olympian physique in a white-hot swimsuit ... and gets in a workout in the yard with her pups during quarantine**

▶ **Jennifer Garner is the purr-fect cat mom as she takes family pet outside in a stroller with daughter Seraphina in their LA neighborhood**

▶ **Da 5 Bloods first trailer: Chadwick Boseman is 'best damn soldier that ever lived' during Vietnam War in new Spike Lee joint for Netflix**

▶ **Bar Refaeli shows off her incredible figure in a tiny bikini four months after giving birth to her third child**

She's had her hands full l

▶ **Elon Musk falls foul of his mother-in-law: Grimes' mom slams daughter's beau for tweeting right-wing meme - but he gets praised by Ivanka**

**EXCLUSIVE** **Too Hot to Handle stars Francesca Farago and Harry Jowsey smooch their way through a VERY steamy work-out session**

▶ **Mel Gibson, 64, and girlfriend Rosalind Ross, 29, take their three-year-old son Lars to stock up on groceries in LA**

Rare outing together

▶ **Jimmy Fallon sports face mask while walking golden retriever Gary in The Hamptons ... as he celebrates wife Nancy's 53rd birthday during**



read more

▶ 'Comin' at ya baby!'

▶ Elvis Presley's Graceland mansion will reopen Thursday at 25% capacity to promote social distancing and requiring temperature checks

▶ Sneak peek! First look at Grammy winning singer Billie Eilish's collaboration with animation artist and director Takashi Murakami for Uniqlo

▶ Timothée Chalamet is seen in training as Paul Atreides in a new image from Dune based on Frank Herbert's groundbreaking novel
Fans got another glimpse

▶ Kim Kardashian's friend Larsa Pippen, 45, posts bikini pinup photo after saying she did 'everything' for estranged husband Scottie Pippen

▶ David Arquette confirms he will be reprising his role as Sheriff Dewey Riley for the Scream reboot which could include ex Courteney Cox

▶ Don't move an inch! Tammy Hembrow almost exposes everything as she strikes a series of saucy poses in a barely-there crochet bikini

▶ Jennifer Lopez and Alex Rodriguez don matching face masks as they share sweet selfie on morning bike ride
Posted onto Instagram on Monday morning

▶ Ashley Olsen takes a cigarette break outside The Row offices in NYC... as sister Mary-



read more

▸ **sequence from quarantine to announce season 2 premiere date**

▸ **Bachelor In Paradise stars Jade Roper and Tanner Tolbert are expecting their third child: 'We are so thankful and excited for this baby'**

▸ **Melissa Gorga wishes sister-in-law Teresa Giudice a happy birthday as she shares Baywatch-inspired throwback: 'Family pulls through'**

▸ **Queen Elizabeth's soap star goddaughter Princess Theodora of Greece reveals she's putting nuptials with US lawyer fiancé on hold due to coronavirus**

▸ **Lady Gaga and Ariana Grande tease their new song Rain On Me by sharing some of the lyrics while posing in PVC outfits**

▸ **Pierce Brosnan congratulates his son Dylan on his graduation from USC as the ceremony was cancelled amid the coronavirus pandemic**

▸ **Lucy Hale models a lace-trimmed tank top as she takes her pooch Elvis for a walk... after hinting at her desire to do a Pretty Little Liars reunion film**

▸ **Olympic gymnast Laurie Hernandez, 19, blasts USAG for waiting three years to open a case against abusive coach Maggie Haney**

▸ **Tori Spelling celebrates her 47th**



read more

Case 1:20-cv-03927-LLS    Document 12    Filed 05/20/20    Page 37 of 45

▶ **Arnold Schwarzenegger details his emergency open-heart surgery and shades Trump in virtual commencement speech to class of 2020**

▶ **Did rival fans taint Michael Jordan's pizza? NBA legend reveals his famous 'Flu Game' in the 1997 was really food poisoning from a late-night delivery**

▶ **Bringing Up Bates star Carlin Bates reveals 15-week-old daughter Layla has 'small hole in her heart' causing 'breathing problems'**

▶ **Surf's up! Liam Hemsworth hits the beach in Byron Bay with his bikini-clad model girlfriend Gabriella Brooks and older brother Chris**

▶ **Hope Solo announces her beloved Doberman Conan has died of blood loss after being shot**
'He fought up until the very end,' she wrote

▶ **'Tone-deaf' YouTuber Jeffree Star is slammed for releasing a CREMATION-themed eyeshadow palette during pandemic - after flouting distancing**

▶ **Queen reveals her favorite bloom is Lily of the Valley after carrying it in her 1953 coronation bouquet as snaps show monarch attending flower show in 1949**

▶ **Former Bachelorette Rachel Lindsay blasts Hannah Brown after saying the N-word, telling her: 'You should feel disgusted when you say that word'**

▶ **Wheel of Fortune host Pat Sajack slams 'double standards' for telling people to stay home while 36 million**


read more

► this summer' despite
hinting it could be
pushed back to 2021

► **Julianne Hough bares
her tummy in crop top
and leggings as she's
seen without her
wedding ring again
during an outing around
Los Angeles**

► **Ariana Grande shows
off a selection of her 48
body tattoos as she
flashes arm inkings in
sultry selfie**
She's made no secret of
her love of tattoos

► **'I'm here to support
you:' Princess Beatrice
sends a video message
to families supported by
the work of Forget Me
Not Children's Hospice**

► **Kate Middleton and
Prince William are
'stepping up more than
ever before' during
coronavirus to show
'the future of The Firm',
reveals royal expert**

► **Noah Cyrus opens up
about how 'unbearable'
it was growing up in the
shadow of her sister
Miley Cyrus**
New song Young & Sad
has connection to sister

**EXCLUSIVE**  **David
Beckham risks angering
locals as he parks his
Land Rover Defender on
double yellow lines to
pick up supplies with
Harper, 8,**

► **Jim Edmonds' new
girlfriend Kortnie
O'Connor spends
quality time with his
kids...amid bitter
divorce with Meghan
King**

► **Real Housewives of
Atlanta: Eva Marcille
breaks down while**



read more

▶ Leonardo DiCaprio
enjoys bonding time
with girlfriend Camila
Morrone's dad Maximo
...as she rocks Daisy
Dukes on grocery run in
Malibu

▶ Machine Gun Kelly
grabs takeout with his
daughter Casie, 12, in
Los Angeles...days after
the rapper's impromptu
hangout with actress
Megan Fox

▶ Vanessa Hudgens
shows off her toned
figure in a baby blue
bikini while enjoying a
pool day with her sister
during lockdown at
home in LA

▶ Jennifer Garner shows
off her toned figure in
black activewear as she
picks up takeout for her
kids during break from
quarantine in Los
Angeles

▶ The war movies'
favorite German: Actor
George Mikell, star of
the Guns of Navarone
and The Great Escape,
dies aged 91

▶ Queen Maxima of the
Netherlands shares her
mother's recipe for her
'favourite' Argentine
alfajores cookies to
celebrate her 49th
birthday

▶ Prince Harry's ex
Cressida Bonas follows
in the footsteps of Mike
and Zara Tindall by
donning a rainbow t-
shirt to show support
for health workers

▶ Kate Middleton tells
listeners it's 'okay' to
talk about their
struggles as she joins
William for a mental
health radio message

▶ Jessica Alba performs
'DIY haircuts' on
daughters Honor, 11,
and Haven, 8, and
admits she has
'newfound respect for



read more

▶ Made the most of his
day out

▶ **Gal Gadot wears face
mask while stepping out
in tank top and shorts
for park visit in Beverly
Hills**
Star took a break from
coronavirus lockdown

▶ **Michael Jordan's
signature Air Jordan 1s
he wore in 1985 sell for
a record $560,000 at
auction after they were
featured in The Last
Dance**

▶ **Harry Potter star Tom
Felton, 31, shares
throwback snap from
The Borrowers' 1997
premiere... complete
with Nineties-
appropriate curtains**

▶ **Queen Elizabeth's
cousin Princess
Alexandra, 83, is hailed
as 'a national treasure'
by royal biographer as
she joins family's
efforts during covid**

▶ **Princess Eugenie re-
shares Kevin Bacon's
appreciation post for
'heroic spirits' of nurses
amid pandemic - before
expressing her own
thanks**

▶ **Jim Carrey takes aim
at Fox News' COVID-19
coverage in new
political cartoon... four
months after saying he
was done shaming
Trump**

▶ **Emily Ratajkowski is
her own best advert as
she showcases her
amazing figure in a
revealing string bikini
from her new Inamorata
collection**

▶ **American Idol: Just
Sam wins season 18
during remotely-filmed**


read more

▶ **'The Bump is Bumpin'" Ciara flaunts her growing pregnant belly in a string bikini and wrap for series of snaps in the sun**

▶ **Joe Jonas braves the open air to enjoy a bike ride in Santa Monica with a pal...as 'pregnant' wife Sophie Turner hangs out at home**
Out and about

▶ **Christina Aguilera goes for a 'recharging moonlight swim' wearing a plunging black bathing suit and neon pink lipstick amid lockdown**

▶ **Brian Austin Green posts cryptic message about butterflies feeling 'smothered' after wife Megan Fox is seen with Machine Gun Kelly**

▶ **Ryan Phillippe flaunts chiseled chest in thirst trap... as he continues search for 'a quaran-Queen'**
Divorced father-of-three is looking for love

▶ **'My hands were shaking so much I could barely hold the microphone':Extra host Renee Bargh reveals her worst celebrity interview experience**

▶ **Duchess of Cornwall backs campaign to raise awareness of domestic abuse and offers support to charity training dogs to detect disease amid pandemic**

▶ **Ashley Benson emerges in sweats and just her socks to collect take-out for herself and new beau G-Eazy... after her split from Cara Delevingne**

▶ **Eiza Gonzalez is a vision of beauty as she steps out in white to visit a friend during self-isolation break in Los**



read more

▶ **braided hairdo**
The teen, 17, uploaded a snap of his hair in braids

▶ **Khloe and Kourtney Kardashian reveal their laid back lockdown hair routines: 'I just rinse my hair with water'**
. Kourtney attended the chat with her hair unbrushed and untamed

▶ **Farrah Abraham brings Sophia, 11, to Venice Beach ...as Teen Mom star releases daughter's single and is BLASTED for similarity to Mahogany Lox song**

▶ **Kristin Cavallari dishes going 'stir-crazy' as she parents three children amid coronavirus pandemic and split from hubby Jay Cutler**

▶ **Netflix's comic book hit The Umbrella Academy's season two release date confirmed... with dysfunctional superhero family to return in July**

▶ **Presley Gerber and girlfriend Sydney Brooke mask up and head to work at his dad Rande's swank Malibu eatery Cafe Habana**

▶ **Bearded Jude Law cuts a rugged figure as he steps out for essentials (including Rice Krispies) in break from lockdown in London**

▶ **Alessandra Ambrosio and Nicolo Oddi have the look of love while picking up pizza together in Venice**
Looked smitten on Sunday

▶ **Lea Michele shows off**



read more

▶ **Adriana Lima showcases her supermodel physique in a barely-there string bikini while soaking up the sun during her Miami lockdown**

▶ **Actor who appeared in Fast and the Furious is accused of grooming a teen girl for sex in exchange for alcohol - as disturbing messages are revealed**

▶ **'He's lying!' X-rated model claiming Tristan Thompson is the father of her child accuses NBA star of fabricating their dating timeline AND his paternity test**

| Today's headlines | Most Read |
|---|---|

 **More than 10,000 people are evacuated as TWO Michigan dams burst and town is warned it could be under nine...**

 'I didn't know he was so sensitive - he's always talking about people's weights.' Nancy Pelosi shrugs off...

 **Leaked Pentagon memo warns of a 'globally-persistent' coronavirus until summer of 2021 with no vaccine...**

 FBI chief James Comey warned Barack Obama that Mike Flynn might pass class secrets to Russia's...

 **Prince Harry and Meghan Markle are spending a 'quiet' second wedding anniversary 'enjoying time with Arch**

 REVEALED: Al-Qaeda-linked Saudi mil trainee who killed 3 sailors on Pensacol naval base left chilling...

 **Matt Lauer writes scathing op-ed saying Ronan Farrow is 'manipulative', calls Catch and Kill 'shoddy...**

 Missouri carries out first execution of the pandemic on murderer who beat, sexually assaulted and stabbed a...

 **Mom-of-two, 31, 'tries to strangle her children, aged 2 and 4, to death because she can't take care of them'...**

 Mike Pompeo's long-term aide is named as staffer at center of dog-walking probe by IG Donald Trump fired

 **Three biological markers in COVID-19 patients' blood could help doctors predict their risk of death 10 DAYS...**

 Kohl's department store drops eight brands including Jennifer Lopez's line and Juicy Couture as losses mount...

 **EXCLUSIVE: Melissa Etheridge's son, 21, is seen showing off his $3,500-a-month Denver apartment, taking rise...**



read more

Case 1:20-cv-03927-LLS Document 1-2 Filed 05/20/20 Page 44 of 45


Republicans try to find 'pro-Trump' doctors to prescribe rapid economic reopening - as one hydroxy-backing...


**'It did no good and in some extreme cases killed them': Fox News host Neil Cavuto renews attack on Donald...**


Kansas GOP Rep., who is also a doctor, says he's 'relieved' Trump is taking hydroxy and reveals he and his...


**Mike Pence says he is NOT on hydroxy despite Donald Trump claiming it is keeping him safe - as mystery over...**


Ford backs down after ordering Donald Trump to wear a mask to visit its ventilator plant - saying the White...


**Donald Trump unveils $19 billion new aid for farmers in wake of coronavirus and says he plans to BAN cattle...**


Jane Roe of landmark Supreme Court case made 'deathbed confession' that she was PAID by evangelicals to...


**Johnson & Johnson to pull its talc-based baby powder from shelves in the US and Canada after sales dropped...**


Man shoots dead ex-girlfriend and her two daughters who tried to intervene, before killing himself, because...


**EXCLUSIVE: Artist who was hired by Jeffrey Epstein to paint naked portraits of his underage victims reveals...**


'More fun, less shun!' Elon Musk calls for the end of 'cancel culture' after Grimes' mother slams him for...


**Giant armoured fish that roamed the prehistoric oceans 380 million years ago swam with its mouth open to...**

▶ **MORE HEADLINES**

›

**Slay** those prices with these **Pretty Little Thing** offers

**Get** money off with these **JD Williams discounts**

ADVERTISEMENT

**Back to top**

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV |

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Te...
Daily Mail | Mail on Sunday | This is M...
Metro | Jobsite | Mail Travel | Zoopla.co.uk | F...

Published by Associated Newspaper...
Part of the Daily Mail, The Mail on Sunday & Me...

dmg media

Contact us | How to complain | Leadership Team | Advertise with us | Contributors | Work with Us | Te...


read more

